# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Daniel A. Rassier, et al., | ) | **COURT MINUTES** |
| | ) | **BEFORE: Donovan W. Frank** |
| Plaintiff(s) | ) | **United States District Judge** |
| | ) | |
| v. | ) | Case Number: CV 17-938 DWF/LIB |
| | ) | Date: December 20, 2019 |
| | ) | Court Reporter: Lynne Krenz |
| John L. Sanner, et al., | ) | Courthouse: St. Paul |
| | ) | Courtroom: 7C |
| Defendant(s). | ) | Time Commenced: 10:29 AM |
| | ) | Time Concluded: 11:12 AM |
| | ) | Sealed Time in Court: |
| | ) | Time in Court: 43 Minutes |

**APPEARANCES:**

Plaintiff: Michael B Padden
Defendant:  Andrew A. Wolf

**PROCEEDINGS:**

Hearing on:

MOTION for Summary Judgment    filed by Pam Jensen, John L. Sanner, Stearns County, Minnesota. (Wolf, Andrew) [Doc. No. 103]

**IT IS ORDERED:**

☒ **Submitted**
☒ Written order forthcoming.
.

  s/L. Sampson
Courtroom Deputy