# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-1708

_____

Daniel A. Rassier; Rita Rassier

Plaintiffs - Appellants

v.

John Sanner; Pam Jensen; Ken McDonald; Stearns County, Minnesota

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-00938-DWF)

_____

## JUDGMENT

Before LOKEN, COLLOTON and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

April 30, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans